ATTORNEY'S NAME: Parks, Guy  29644
AND ADDRESS:     3501 Canal Street
                 New Orleans   LA  70119

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2013 -- 10303       1        DIVISION: D                    SECTION: 16

LANDRY, CHARLES JR. VERSUS ACE AMERICAN INSURANCE COMPANY  ET AL

## CITATION

TO: ACE AMERICAN INSURANCE COMPANY
    THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA
    SECRETARY OF STATE

*SERVED ON TOM SCHEDLER
NOV 22 2013
SECRETARY OF STATE
COMMERCIAL DIVISION*

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   November 4, 2013   .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, .LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
                Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ <br> _____ served a copy of the w/i petition <br> FOR DAMAGES <br><br> On <br>   ACE AMERICAN INSURANCE COMPANY <br><br><br> THROUGH: ITS REGISTERED AGENT FOR SERVICE OF <br> PROCESS: LOUISIANA SECRETARY OF STATE <br><br><br> Returned same day <br>                                              No. _____ <br> Deputy Sheriff of _____ <br> Mileage: $ _____ <br><br> _____/ ENTERED /_____ <br> PAPER              RETURN <br> _____/          /_____ <br> SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ <br> _____ served a copy of the w/i petition <br> FOR DAMAGES <br><br> On <br>   ACE AMERICAN INSURANCE COMPANY <br><br><br> THROUGH: ITS REGISTERED AGENT FOR SERVICE OF <br> PROCESS: LOUISIANA SECRETARY OF STATE <br> by leaving same at the dwelling house, or usual place of <br> abode, in the hands of _____ <br> a person of suitable age and discretion residing therein as <br> a member of the domiciliary establishment, whose name <br> and other facts connected with this service I learned by <br> interrogating HIM / HER the said _____ <br> ACE AMERICAN INSURANCE COMPANY <br><br> being absent from the domicile at time of said service. <br> Returned same day <br>                                              No. _____ <br> Deputy Sheriff of _____ |

EXHIBIT A

ATTORNEY'S NAME: Parks, Guy 29644
AND ADDRESS: 3501 Canal Street
New Orleans LA 70119

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2013 — 10303   2   DIVISION: D   SECTION: 16

LANDRY, CHARLES JR. VERSUS ACE AMERICAN INSURANCE COMPANY ET AL

## CITATION - LONG ARM

TO: ALLER, KIMBERLY R.
THROUGH: LOUISIANA LONG ARM STATUTE
10 VIA SANTA RAMOXIA

RANCHO MIRAGE    CA 92270

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in te record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   November 4, 2013   .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA

by _____
       Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On ALLER, KIMBERLY R. | On ALLER, KIMBERLY R. |
| THROUGH: LOUISIANA LONG ARM STATUTE | THROUGH: LOUISIANA LONG ARM STATUTE |
| Returned same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ ALLER, KIMBERLY R. |
| _____ / ENTERED / _____ PAPER           RETURN _____ / _____ / _____ SERIAL NO.  DEPUTY  PARISH | being absent from the domicile at time of said service. Returned same day _____ No. _____ Deputy Sheriff of _____ |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 13-10303          DIVISION " "

CHARLES LANDRY JR.

VERSUS

ACE AMERICAN INSURANCE COMPANY AND KIMBERLY R. ALLER

FILED: _____                              _____
                                                      DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **CHARLES LANDRY JR.**, a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana, with respect represents:

1.

Made defendants herein are:

**ACE AMERICAN INSURANCE COMPANY**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana; and

**KIMBERLY R. ALLER**, a person of the full age of majority and a resident of the County of Riverside, State of California.

2.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past, present, and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, past and future loss of enjoyment of life, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand, until paid in full, and for all costs of these proceedings, for the following to-wit:

- 1 -

3.

On or about **November 7, 2012**, an accident occurred near South Claiborne and Martin Luther King Boulevard in the Parish of Orleans, State of Louisiana, wherein a vehicle owned by ENTERPRISE RENT-A-CAR and operated by **KIMBERLY R. ALLER**, suddenly and without warning, struck the front end of the vehicle occupied by **CHARLES LANDRY JR.**, owned by MICHAEL FULTON and operated by YVETTE FULTON.

4.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **KIMBERLY R. ALLER** which is attributed but not limited to the following non-exclusive particulars:

a) Disregarded traffic control;

b) Following too closely;

c) Failure to yield;

b) Careless operation;

c) Failure to see what she should have seen;

d) Failure to keep a good and careful lookout;

e) Failure to maintain reasonable and proper control of the vehicle which she was operating;

f) Driving at a speed greater than was reasonable and prudent under the circumstances;

g) Operating her vehicle in a careless and reckless manner without regard for the safety of others; and

h) Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the above-referenced accident and negligence of defendant, **KIMBERLY R. ALLER**; Petitioner, **CHARLES LANDRY, JR.**, suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in

the premises.

6.

Upon information and belief, it is alleged that at all times material hereto, **ACE AMERICAN INSURANCE COMPANY** had a policy of liability on the vehicle owned by ENTERPRISE RENT-A-CAR and operated by KIMBERLY R. ALLER on the date of this accident, which policy provided coverage for the type of loss sued upon herein, thus rendering said defendant, **ACE AMERICAN INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

7.

**WHEREFORE**, Petitioner prays that Defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against the defendants, **ACE AMERICAN RENTAL INSURANCE COMPANY AND KIMBERLY R. ALLER**, jointly and *in solido* in amounts as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, property damage, loss of use of vehicle, depreciation, rental expenses, past, present, and future medical expenses, loss of past earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, past and future loss of enjoyment of life, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid in full, and for all costs of these proceedings.

Petitioner further prays for all other general and equitable relief as the Court deems fit.

Respectfully submitted by:

**LAW OFFICES OF EDWARD J. WOMAC,**

JR. & ASSOCIATES

*[signature]*

EDWARD J. WOMAC, JR. (#02195)
GUY S. PARKS (#29644)
Attorney for Petitioner
3501 Canal Street
New Orleans, Louisiana 70119
Telephone #: (504) 486-9999
Facsimile No. (504) 488-4178

**PLEASE SERVE:**

**ACE AMERICAN INSURANCE COMPANY**
Through its Registered Agent for Service of Process
Louisiana Secretary of State

**KIMBERLY R. ALLER**
Through the Louisiana Long Arm Statue
10 Via Santa Ramoxia
Rancho Mirage, CA 92270

- 4 -